JS-6

| | |
|---|---|
| 1 | ABELSON HERRON HALPERN LLP |
| 2 |    Michael Bruce Abelson (CA Bar No. 130739) |
| |    Leslie A. Pereira (CA Bar No. 180222) |
| 3 | 333 South Grand Avenue, Suite 1550 |
| 4 | Los Angeles, California 90071-1559 |
| | Telephone: (213) 402-1900 |
| 5 | Facsimile: (213) 402-1901 |
| 6 | mabelson@abelsonherron.com |
| | lpereira@abelsonherron.com |

Attorneys for Plaintiffs
EZ Shipper Racks, Inc. and Nenad Tomasevic

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EZ SHIPPER RACKS, INC., a California corporation; and NENAD TOMASEVIC, an individual, | CASE NO. 2:16-cv-01150-AB (AJWx) |
| Plaintiffs, | **JOINT STIPULATION RE: DISMISSAL WITH PREJUDICE** |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation; ARCH INSURANCE COMPANY, a Missouri corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

**IT IS SO ORDERED.**

DATED: June 14, 2016

_____
**UNITED STATES DISTRICT JUDGE**

JOINT STIPULATION RE: DISMISSAL
WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by and between counsel for Plaintiffs EZ Shipper Racks, Inc. and Nenad Tomasevic, on the one hand, and counsel for Defendants Arch Insurance Company ("Arch") and Scottsdale Insurance Company ("Scottsdale") on the other hand, as follows:

1. Plaintiffs filed the Complaint in this action on February 18, 2016.
2. Thereafter, Arch and Scottsdale were served and filed Answers to the Complaint. No other party has appeared or been served in this action.
3. This action shall be dismissed with prejudice.

Dated: June 13, 2016        ABELSON HERRON HALPERN LLP
                                                Michael Bruce Abelson
                                                Leslie A. Pereira

                                                By /s/ Leslie A. Pereira
                                                Leslie A. Pereira
                                                Attorneys for Plaintiffs
                                                EZ Shipper Racks, Inc. and Nenad Tomasevic

Dated: June 13, 2016        DUANE MORRIS LLP
                                                Max H. Stern

                                                By /s/ Max H. Stern
                                                Max H. Stern
                                                Attorneys for Defendant
                                                Arch Insurance Company

Dated: June 13, 2016        SEDGWICK LLP
                                                Valerie Rojas

                                                By /s/ Valerie Rojas
                                                Valerie Rojas
                                                Attorneys for Defendant
                                                Scottsdale Insurance Company